DANNY J. DODSON BT87915
Name and Prisoner/Booking Number

RJ DONOVAN CORRECTIONAL FACILITY
Place of Confinement

480 ALTA RD.
Mailing Address

SAN DIEGO, CA 92179
City, State, Zip Code

FILED
AUG 31 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JOE DODSON,
(Full Name of Plaintiff)
         Plaintiff,

v.

CALIFORNIA DEPARTMENT OF
(1) CORRECTIONS AND REHABILITATION,
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
         Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:23-CV-1298 GSA (PC)
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
"JURY TRIAL DEMANDED"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: WASCO PRISON / WASCO STATE PRISON RECEPTION CENTER

RECEIVED
AUG 31 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: __C/O LEON__. The first Defendant is employed as: __H&C YARD CORRECTIONAL OFFICER__ at __WASCO STATE PRISON RECEPTION CENTER__.
   (Position and Title)                                  (Institution)

2. Name of second Defendant: __N/A__. The second Defendant is employed as: __N/A__ at __N/A__.
   (Position and Title)                                  (Institution)

3. Name of third Defendant: __N/A__. The third Defendant is employed as: __N/A__ at __N/A__.
   (Position and Title)                                  (Institution)

4. Name of fourth Defendant: __N/A__. The fourth Defendant is employed as: __N/A__ at __N/A__.
   (Position and Title)                                  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT**.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I WAS THREATENED BY OFFICER "LEON", FOR ASKING FOR MEDICAL HELP, BEING A TWO TIMING STROKE SURVIVOR, ONLY BEING BACK FROM THE HOSPITAL ON 5-18-23 FROM YET AGAIN, A MINI-STROKE TIA. I FELT AS THOUGH I WAS HAVING ANOTHER STROKE. OFFICER "LEON" AFTER HIM YELLING AT ME TO "GET THE FUCK AWAY FROM MY PODIUM" WOULD NOT GET ME MEDICAL CARE. WHEN I ASKED FOR A CDCR 602 GRIEVANCE FORM, OFFICER "LEON" GOT UP AND OUT OF HIS CHAIR SO FAST, AND SO AGGRESSIVE, THAT HIS CHAIR COMPLETELEY FLEW OFF THE PODIUM, AND HE RAN AROUND THE PODIUM, AROUND HIS PARTNER, TO AGGRESSIVELY GET INTO MY FACE, SO VIOLENTLY, HIS BODY VEST + RADIO WAS LITERALLY PRESSED INTO MY FACE AND BEGAN TO SCREAM IN MY FACE, AND THREATEN ME WITH PHYSICAL HARM. (I AM IN A WHEELCHAIR WITH DOCUMENTED STROKE AND CARDIAC HISTORY) AFTER MEDICAL CAME AND TOOK ME OUT OF THE BUILDING THIS OFFICER, OFFICER "LEON" ANNOUNCED ON H3 BUILDING'S (PA) PUBLIC ADDRESS SYSTEM, TO BRIBE FELLOW INMATES WITH A JAR OF FOLGERS COFFEE TO BEAT ME UP "TAKE CARE OF ME" WHEN I COME BACK. BRIBING INMATES TO INCITING VIOLENCE AFTER I BEGGED HIM TO GET OFF OF ME, THAT HE IS WAY OUT OF LINE, AS I DID NOTHING WRONG IN ASKING FOR HELP AND SHOULD HAVE NEVER BEEN MET WITH SO MUCH AGGRESSION, AND PHYSICAL FORCE, AND IRRESPONSIBILITY AS WHEN WANTING TO COMPLAIN ABOUT THIS MISCONDUCT FOR AN UNPROVOKED INCIDENT HE TOLD ME HE WOULD "TOUCH ME ON ANY YARD I LAND ON" THIS INCIDENT HAPPENED IN FRONT OF THE ENTIRE INMATE POPULATION IN H3 WITH ALOT OF WITNESSES AS WELL AS A GRIEVANCE WITH LOG#0000000405002 AND I'M ASKING FOR RELIEF AND CHARGES PLACED.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   TO THIS DAY, I SUFFER FROM HORRIBLE EXTREME ANXIETY, DEPRESSION, NIGHTMARES, AND I HAVE TO MEET WITH PSYCH SERVICES AND MENTAL HEALTH TO TRY AND COPE AND DEAL WITH SUCH A HIGH LEVEL OF PTSD FROM THIS INCIDENT EVEN AT MY NEW FACILITY AT RJ DONOVAN.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **N/A**

## CLAIM II

1. State the constitutional or other federal civil right that was violated: **EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT**

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   AS TO CLAIM #1 SINCE THAT INCIDENT OCCURRED, I HAVE HAD MANY CORRECTIONAL OFFICERS IN WASCO, THREATEN ME TO HAVE OTHER INMATES "WHOOP MY ASS" OR "TAKE CARE OF ME" THAT IT DIDN'T MATTER WHERE I WENT. NOT TO MENTION, WHEN OFFICER "LEON" HIMSELF OFFERED THAT BRIBE OVER H3 BUILDINGS PUBLIC ADDRESS SYSTEM THAT HE HAS A JAR OF COFFEE FOR THE INMATE OR INMATES WHO BEAT ME UP WHEN I CAME BACK FROM THE HOSPITAL. TO THIS DAY I FEEL LIKE MY SAFETY IS IN JEPORDY LIKE IT WAS IN WASCO STATE PRISON RECEPTION CENTER, OR WHAT I HAD TO GO THROUGH EACH AND EVERY DAY IN WASCO FOR THE REMAINDER OF MY TIME THERE, STILL RECOVERING FROM A STROKE ONLY DAYS BEFORE THIS INCIDENT HAD HAPPENED. HEARING THAT "I CAN GET TOUCHED ANYWHERE I GO" CREATED CLAIM 2 AS I SHOULD HAVE NEVER INITIALLY BEEN TREATED THIS WAY BY "CORRECTIONAL OFFICERS" AND ALSO AT THAT TIME STILL SICK, VERY WEAK, IN A WHEELCHAIR RECOVERING FROM STROKE, UNABLE TO DEFEND MYSELF AT ALL OR EVEN TO GET TO SAFETY IF SOMETHING HAPPENED TO ME. THIS WAS AND STILL IS A THREAT TO SAFETY AS TO THIS DAY I SUFFER FROM THIS ALTERCATION (~~illegible~~)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   SINCE THIS INCIDENT AS STATED IN CLAIM 1, I SUFFER FROM HORRIBLE EXTREME PTSD, ANXIETY, EXTREME DEPRESSION AND CONSTANT NIGHTMARES, AND HAVE HAD TO OBTAIN PSYCH AND MENTAL HEALTH SERVICES TO HELP ME DEAL WITH ALL THIS STRESS CAUSING ME FURTHER MEDICAL AND PSYCHIATRICAL HARM.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

## CLAIM III

1. State the constitutional or other federal civil right that was violated: EIGTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☒ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   AFTER THIS INCIDENT ON 5-21-23 HAPPENED, HAVING STATED THAT MY HEALTH IS BAD, AS WELL AS RECOVERING FROM A STROKE, WITH MY PHYSICAL SAFETY AT RISK MENTIONED DUE TO THIS INCIDENT, I'VE HAD TO GO TO MEDICAL A FEW TIMES. BOTH BY CODE BEING CALLED, AND ALSO BY MY ADA WORKER PUSHING ME TO MEDICAL IN MY WHEELCHAIR. 2 TIMES I WENT VIA BEING PUSHED BY MY WORKER, CORRECTIONAL OFFICER "LEON" WAS THE MEDICAL OFFICER. ONE TIME I WENT, AND WAS SO SICK I PASSED OUT IN HOLDING CELL. INSTEAD OF GETTING ME HELP WHEN INFORMED BY MY WORKER HE WAS TOLD BY OFFICER "LEON" "OH WELL LET HIM SLEEP". THE SECOND TIME, UNKNOWINGLY TO ME OR MY WORKER, WHILE IN HOLDING CELL, OFFICER "LEON" PUTS SEVERAL GENERAL POPULATION INMATES INTO THE HOLDING CELL WITH US WHEN IT WAS ONLY ME (WHO WAS WEAK AND VERY SICK IN A WHEELCHAIR) AND MY ADA WORKER. OFFICER "LEONS" PARTNER NOTICED THIS AND THANKFULLY MOVED THEM TO THE "EMPTY" CELL NEXT TO US BEFORE ANYTHING DID HAPPEN. THIS FORM OF RETALIATION BY OFFICER "LEON" COULD HAVE GOTTEN ME HURT, POSSIBLY KILLED AS WELL AS PUT MY INNOCENT ADA WORKER, INMATE "GOINS" IN DANGER WHEN HE HAD NOTHING TO DO WITH ORIGINAL INCIDENT THIS INCIDENT ALSO PROVES ALL 3 CLAIM ACTIONS. ~~~~~~~~~~~~~~ ALL OF THIS BECAUSE I WANTED TO COMPLAIN ABOUT THIS OFFICERS HORRIBLE CONDUCT AND THE WAYS HE TREATS PEOPLE ESPECIALLY A PERSON WHOS WEAK, SICK, IN WHEELCHAIR RECOVERING FROM A STROKE.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   ALL OF THIS, FROM THE BEGINNING OF THIS INCIDENT, TO THIS DAY HAS CAUSED ME OVERWHELMING ANXIETY, HIGH LEVEL OF STRESS AND FEAR FOR MY SAFETY AND MY LIFE, NIGHTMARES, VERY BAD DEPRESSION AND HAVING TO SEEK PSYCH AND MENTAL HEALTH TREATMENT TO FIND WAYS TO COPE WITH ALL OF THIS

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   N/A

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

DUE TO THE SEVERITY OF THIS ISSUE, AND HOW IT HAS AFFECTED ME, AND PHYSICALLY AND MENTALLY IMPACTED ME TO THIS VERY DAY WITH MY NIGHTMARES, EXTREME ANXIETY AND DEPRESSION, AND MY CONSTANT FEAR FOR MY LIFE AND MY SAFETY AND HAVING TO SEEK AND OBTAIN MENTAL HEALTH PSYCH SERVICES, AND MORE, I AM SEEKING MONETARY RELIEF IN THE AMOUNT OF $500,000 FOR WHAT I WENT THROUGH AND FOR WHAT I STILL STRUGGLE WITH TODAY, AND FOR MY FUTURE SAFETY WISHING FOR NO RETALIATION IN FILING THIS COMPLAINT, AS I'VE BEEN THROUGH ENOUGH AND WITH MY ANXIETY ALWAYS FEELING LIKE I'M ABOUT TO HAVE ANOTHER STROKE OR HEART ATTACK... DAILY. ITS NOT FUN.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-18-23
DATE

SIGNATURE OF PLAINTIFF

DANNY J. DODSON - SELF
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)
CARLA J. DODSON (WIFE & POWER OF ATTORNEY)
916-796-7655
3211 MARK ST
REDDING, CA 96001
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.