1
2
3
4
5
6
7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11   DANNY JOE DODSON,                          No.  1:23-cv-01298 JLT BAM

12               Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
13          v.                                   ACTION WITHOUT PREJUDICE

14   CALIFORNIA DEPARTMENT OF                    (Doc. 14)
     CORRECTIONS AND
15   REHABILITATION, *et al.*,

16               Defendants.

17
            Plaintiff Danny Joe Dodson is a state prisoner proceeding *pro se* and *in forma pauperis* in
18
     this civil rights action pursuant to 42 U.S.C. § 1983.
19
            On October 16, 2025, the Court screened the complaint and directed plaintiff to either file
20
     a first amended complaint or notify the Court of his willingness to proceed on the cognizable
21
     claim identified by the Court within thirty days.  (Doc. 13.)  Plaintiff failed to file an amended
22
     complaint or a notice of his willingness to proceed on the cognizable claim.
23
            On December 2, 2025, the magistrate judge issued findings and recommendations that
24
     recommended dismissal of this action, without prejudice, for failure to obey Court order and for
25
     plaintiff's failure to prosecute this action.  (Doc. 14.)  The Court served the findings and
26
     recommendations on Plaintiff and notified him that any objections were due within 14 days.  (*Id.*
27
     at 3.)  Plaintiff did not file any objections, and the time in which to do so has expired.
28

                                                  1

1          According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of this

2    case.  Having carefully reviewed the matter, the Court concludes that the findings and

3    recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

4         1.  The findings and recommendations issued on December 2, 2025, (Doc. 14), are

5            **ADOPTED**.

6         2.  This action is **DISMISSED** without prejudice.

7         3.  The Clerk of the Court is directed to close this case.

8

9    IT IS SO ORDERED.

10      Dated:   **January 2, 2026**

                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28